

# Fourth Court of Appeals
## San Antonio, Texas

November 14, 2022

No. 04-21-00115-CV

**UNIVERSITY OF THE INCARNATE WORD**,
Appellant

v.

Valerie **REDUS**, Individually, and Robert M. Redus, Individually, and as Administrator of the Estate of Robert Cameron Redus,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-07249
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Sitting:        Rebeca C. Martinez, Chief Justice
                Patricia O. Alvarez, Justice
                Liza A. Rodriguez, Justice

This court issued its opinion and judgment in this appeal on July 29, 2022. The parties did not file a motion for rehearing or a motion for en banc reconsideration. Therefore, this court's plenary power over its judgment expired on September 27, 2022. *See* TEX. R. APP. P. 19.1(a) ("A court of appeals' plenary power over its judgment expires: (a) 60 days after judgment if no timely filed motion for rehearing or en banc reconsideration, or timely filed motion to extend time to file such a motion, is then pending . . . ."). On November 7, 2022, after this court's plenary power expired, appellant filed a motion to dismiss this appeal. Appellant's motion is DENIED FOR LACK OF JURISDICTION.

We DIRECT the clerk of this court to immediately issue the mandate in this appeal. *See* TEX. R. APP. P. 18.1(a).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of November, 2022.



Michael A. Cruz,
Clerk of Court